UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| WILLIAMS, LEATHEA M ) | Case No. 05-16652-JHS | |
| ) | | |
| Debtor(s). ) | Hon. John H. Squires | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 680, Chicago, IL 60604

    On: **September 9, 2008**            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                         $8,076.77

    Disbursements                                                                              $0.00

    Net Cash Available for Distribution                                              $8,076.77

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $1,557.68 | $0.00 |
| CLERK OF THE U.S. BANKRUPTCY COURT<br>*Clerk of the Court Costs* | $0.00 | $0.00 | $250.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $0.00 | $4,152.50 | $90.74 |

{ LEATHEA / 001 / 00014399.DOC /}

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

7. Claims of general unsecured creditors totaling $27,545.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.35%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Ecast Settlement Corporation | $9,639.56 | $708.96 |
| 000002 | Ecast Settlement Corporation | $9,287.32 | $683.05 |
| 000003 | Ecast Settlement Corporation Assignment | $700.17 | $51.50 |
| 000004 | LVNV Funding LLC Its Successors And | $3,414.97 | $251.16 |
| 000005 | North Star Capital | $4,503.01 | $331.18 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| BANK ACCOUNTS | $1.72 |
| CHECKING ACCOUNT | $0.00 |
| SAVINGS ACCOUNT | $32.00 |
| VEHICLES | $2,750.00 |

Dated: **August 6, 2008**                              For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
219 S. Dearborn Street, 7th Floor
Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL  60654
(312) 276-1401

{ LEATHEA / 001 / 00014399.DOC /}

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

...652   Doc 33   Filed 08/06/08   Entered 08/09/08 00:39:18   Desc Imaged
                    Certificate of Service       Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1               User: amcc7                  Page 1 of 2              Date Rcvd: Aug 06, 2008
Case: 05-16652                     Form ID: pdf002              Total Served: 44


The following entities were served by first class mail on Aug 08, 2008.
db            +Leathea M Williams,    3830 W 95th Street Apt 201,     Evergreen Park, IL 60805-2004
aty           +Sara K Ledford,    Ledford & Wu,    200 S Michigan Ave., Suite 209,    Chicago, IL 60604-2406
aty           +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60610-6465
tr            +Frances Gecker,    325 North LaSalle Street,    Suite 625,    Chicago, IL 60610-6465
9280591       +CBCS,    236 E. Towne Street,    Columbus, OH 43215-4631
9280592       +CBUSA Sears,    8725 W. Sahara Ave.,    The Lakes, NV 89163-0001
9280589       +CananWill Premium Funding,    1000 Milwaukee Avenue,    Glenview, IL 60025-2423
9280590        Capital One Bank,    PO Box 85064,    Glen Allen, VA 23058
9280593       +Chase,    100 Duffy Avenue,    Hicksville, NY 11801-3636
9280594       +Chase,    PO Box 901008,    Fort Worth, TX 76101-2008
9280596       +Citimortgage Inc.,    PO Box 9442,    Gaithersburg, MD 20898-9442
9280595       +Citimortgage Inc.,    1000 Technology Drive,    Saint Charles, MO 63368-2240
9280597        City of Chicago,    PO Box 4941,    Chicago, IL 60680-4941
9280598       +Corporation Counsel,    30 N. LaSalle Street, Suite 800,    Chicago, IL 60602-3542
9280600       +ECast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480
9280601       +Ernesto Borges,    105 W. Madison St., Suite 2300,    Chicago, IL 60602-4647
9280602       +FNB Omaha,    1620 Dodge Street,    Omaha, NE 68197-0003
9280603       +GC Services LP,    Collection Agency Division,    6330 Gulfton,    Houston, TX 77081-1108
9280604       +GMAC,    15303 S. 94th Ave.,    Orland Park, IL 60462-3825
9280605       +HSBC Carson's,    140 W. Industrial Drive,    Elmhurst, IL 60126-1602
9280606       +HSBC NV,    1441 Schilling Place,    Salinas, CA 93901-4543
9280607      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9280608       +K Mart,    PO Box 1067,    Orland Park, IL 60462-8067
9280609       +Kaplan & Chaet LLC,    5215 Old Orchard Road, Suite 300,    Skokie, IL 60077-1020
9280610       +MBNA America Bank NA,    PO Box 17054,    Wilmington, DE 19884-0001
9280612       +Newport News,    101 Crossway Park West,    Woodbury, NY 11797-2020
9280614       +Nextel Communications, Inc.,    PO Box 4191,    Carol Stream, IL 60197-4191
9280613       +Nextel Communications, Inc.,    PO Box 172408,    Denver, CO 80217-2408
11089799      +North Star Capital,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
9280615       +Ocwen Federal Bank, FSB,    12650 Ingenuity Dr.,    Orlando, FL 32826-2717
9280616       +People's Gas,    Attn: Special Projects,    130 E. Randolph Dr.,    Chicago, IL 60601-6302
9280617       +Providian,    PO Box 660565,    Dallas, TX 75266-0565
9280618       +Resurgence Financial LLC,    5215 Old Orchard Rd., Suite 300,    Skokie, IL 60077-1020
9280620        Sears,    PO Box 182532,    Columbus, OH 43218-2532
9280622       +Talan & Ktsanes,    300 W. Adams St., Suite 840,    Chicago, IL 60606-5109
9280624       +Wells Fargo Home Mortgage,    5024 Parkway Plaza Rd.,    Charlotte, NC 28217-1962
9280625       +Zenith Acquisition,    220 John Glenn Drive #1,    Buffalo, NY 14228-2228
10976883       eCAST Settlement Corporation assignee of,    Montgomery Ward Credit,
                Corporation/WALMART CONSUMER,    POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Aug 07, 2008.
9280599        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2008 05:16:37     Discover Financial,
                PO Box 30395,    Salt Lake City, UT 84130-0395
11064977       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Citi,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
9280611       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2008 04:05:27     Montgomery Ward,    PO Box 29114,
                Lenexa, KS 66201-1414
9280619        E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2008 04:05:28     Sams Club / MBGA,    PO Box 981400,
                El Paso, TX 79998-1400
9280621       +E-mail/Text: resurgentbknotifications@resurgent.com
                Sherman Acquisition LP,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
9280623       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2008 04:05:29     Wal-Mart,    PO Box  981400,
                El Paso, TX 79998-1400
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Frank/Gecker LLP
10976730*      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2            Date Rcvd: Aug 06, 2008
Case: 05-16652                Form ID: pdf002          Total Served: 44

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2008**                    **Signature:**    _Joseph Speetjens_