UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 CASE |
| WILLIAMS, LEATHEA M | ) |
| | ) |
| | ) CASE NO. 05-16652-JHS |
| | ) |
| | ) |
| Debtor(s). | ) Hon. John H. Squires |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

To:   THE HONORABLE John H. Squires
      BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation (a copy of which is attached as Exhibit "A") and the Trustee's Distribution Report (attached as Exhibit "B").

    All checks have been cashed and the final bank statement reflects a balance of zero for this estate. Attached as Exhibit "C" is a Form 2 reflecting the zero balance for this estate.

    The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


3/30/09                                    /s/ Frances Gecker
DATE                                       TRUSTEE


{ LEATHEA / 001 / 00016504.DOC /}